IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DENNIS L. WOMACK, | ) | |
| | ) | Case No. 4:05CV00058 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITIFINANCIAL MORTGAGE, | ) | |
| COMPANY, INC., | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

For the reasons stated in the attached Memorandum Opinion, Defendant's Motion to Dismiss Plaintiff's Complaint is **GRANTED** and the case is **DISMISSED** with prejudice.

The Clerk is directed to send a certified copy of this Order and the attached Memorandum Opinion to all counsel of record.

ENTERED this 28th day of February, 2006.

                                            s/Jackson L. Kiser
                                            Senior United States District Judge

1